**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SCOTT SENSENIG,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br>*Commissioner of Social Security*,<br><br>Defendant. | No. 1:25-CV-01767<br><br>(Chief Judge Brann)<br><br>(Magistrate Judge Bloom) |

**ORDER**

**SEPTEMBER 22, 2026**

Scott Sensenig filed this action seeking review of a decision by the Commissioner of Social Security ("Commissioner") denying Sensenig's claim for social security disability benefits.[1] On August 4, 2026, Chief Magistrate Judge Daryl F. Bloom issued a Report and Recommendation recommending that this Court affirm the decision of the Commissioner.[2] No timely objections were filed to this Report and Recommendation.

Where no objection is made to a report and recommendation, this Court will review the recommendation only for clear error.[3] Regardless of whether objections are made, district courts may accept, reject, or modify—in whole or in part—the

---

1 Docs. 1, 10.
2 Doc. 15.
3 Fed. R. Civ. P. 72(b), advisory committee notes; *see Henderson v. Carlson*, 812 F.2d 874, 878 (3d Cir. 1987) (explaining that court should in some manner review recommendations regardless of whether objections were filed).

findings or recommendations made by the magistrate judge.[4] Upon review of the record, the Court finds no error, clear or otherwise, in Chief Magistrate Judge Bloom's recommendation. Consequently, **IT IS HEREBY ORDERED** that:

1. Chief Magistrate Judge Daryl F. Bloom's Report and Recommendation (Doc. 15) is **ADOPTED**;
2. The Commissioner's decision is **AFFIRMED**;
3. Final Judgment is entered in favor of Defendant and against Sensenig pursuant to Fed. R. Civ. P. 58 and sentence four of 42 U.S.C. § 405(g); and
4. The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge

[4] 28 U.S.C. § 636(b)(1); Local Rule 72.3.